# First District Court of Appeal
## State of Florida

———————————————

No. 1D20-3624

———————————————

RICKY LEE TISDALE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

On appeal from the Circuit Court for Baker County.
James M. Colaw, Judge.

September 14, 2022

PER CURIAM.

AFFIRMED.

B.L. THOMAS, KELSEY, and NORDBY, JJ., concur.

———————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

———————————————

Jessica J. Yeary, Public Defender, David Alan Henson, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.